UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:
04-11459 RCL



GARBER BROTHERS, INC.
    Plaintiff,

Vs.

JH TRADEMARK COMPANY, LLC
    Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendant's attorneys of the firm of Gunderson & Denton move that they be admitted to practice *pro hac vice* in this matter. As grounds in support of this motion, counsel states that:

1. We have been retained as attorneys for the defendant and have represented them in all corporate related matters and litigation previously.

2. Counsel has extensive trial experience in the state and federal courts and are members in good standing in both the state and federal bar of the State of Arizona. We have not been subject to any disciplinary action.

3. Local counsel, whose signature appears below, will be local counsel in the case. David Nunheimer is the attorney with whom the opposing counsel may communicate and upon whom papers may be served. Petitioning counsel also request that they be served with all papers from the court an opposing counsel.

4. Counsel will comply with all applicable rules of court.

5. All counsel has indicated that they have no opposition to this motion.

WHEREFORE, it is request that Defendant's attorneys be allowed to practice *pro hac vice*.

                              Respectfully submitted
                              The defendant by its attorney
                              **THE VINCENT E. BONAZZOLI LAW FIRM, P.C.**

                              David C. Nunheimer, Esq. 546764
                              336 South Street
                              Hyannis, MA  02601
                              508-775-0763
                              fax  508-790-0072

Brad Denton, Esquire
Robert Payne, Esquire
Gunderson, Denton & Proffitt, P.C.
123 N. Centennial Way, Suite 150
Mesa, AZ  85201
480-655-7440

ASSENTED TO:

Terry Klein, Esq.
The Law Office of Terry Klein
1558 Dorchester Avenue, Ste. 202
Dorchester, MA 02122