UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:

GARBER BROTHERS, INC.
    Plaintiff,

vs.

JH TRADEMARK COMPANY, LLC
    Defendant.

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Brad Denton, being duly sworn deposes and says that:

I am a partner in the firm of Gunderson, Denton & Proffitt, P.C.

I am a resident of the State of Arizona and my practice is located at 123 N. Centennial Way, Suite 150, Mesa, AZ 85201.

I make this Affidavit in support of an application to be admitted *pro hac vice* as co-counsel for the Defendant in connection with the above-captioned matter.

I am a member of the Bar of the State of Arizona and have been licensed to practice before the Supreme Court of the State of Arizona since October 1995 and am presently a member in good standing of said Bar.

That I have advised the Defendant with respect to matters in issue for more than 5 years, and have intimate knowledge of the subject matter of this action.

Sworn and subscribed this 1st day of July, 2004.

_____
Brad Denton, Esquire
Gunderson, Denton & Proffitt, P.C.
123 N. Centennial Way, Suite 150
Mesa, AZ 85201
480-655-7440

State of Arizona            )
                            ) ss
County of Maricopa          )

On July 1 , 2004 before me, the undersigned Notary Public, personally appeared Brad Denton, who acknowledged before me to be the person whose name is subscribed in the foregoing instrument, and acknowledged the foregoing to be their free act and deed.


HUBERT DAMPT
Notary Public - Arizona
Maricopa County
Expires 05/31/08

By _____
  Notary Public

My commission expires:

Certificate of Service

I certify under the pains and penalties of perjury that I have served the foregoing on all parties by mail postage prepaid this 14th day of July, 2004.

David C. Nunheimer